# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JABARI WRIGHT,

           Plaintiff,

v.

EL RANCHO RESTAURANT; CARMELA
B. ESTRADA,

           Defendants.

CASE NO. 8:16CV127

**ORDER OF DISMISSAL**

      This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 20.  The court finds that the parties' joint stipulation should be granted pursuant to Fed. R. Civ. P. 41(a).

      IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 20, is granted, and this action is dismissed with prejudice, each party to pay his/her/its own cost.

      Dated this 30th day of September, 2016.

                    BY THE COURT:

                    s/ Joseph F. Bataillon
                    Senior United States District Judge

DOCS/1748348.2